UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN E. RICHFIELD and CAROLYN G. TRUMBULL,<br><br>Plaintiffs,<br><br>v.<br><br>FISH FOOD BANKS OF PIERCE COUNTY,<br><br>Defendant. | CASE NO. C14-5516 BHS<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO VACATE AND DENYING PLAINTIFFS' OTHER MOTIONS |

This matter comes before the Court on Plaintiffs Steven Richfield and Carolyn Trumbull's ("Plaintiffs") motion to strike and convert (Dkt. 13), motion to vacate (Dkt. 14), and motions to appeal *in forma pauperis* (Dkts. 16 & 17).

On September 3, 2014, the Court granted Defendant's motion to dismiss and dismissed Plaintiffs' complaint for failure to state a claim. Dkt. 11. On September 4, 2014, Plaintiffs filed a motion to strike Defendant's reply brief and to convert Defendant's motion to dismiss to a motion for summary judgment. Dkt. 12. The motion is untimely and irrelevant because the Court did not rely on matters outside the pleadings

ORDER - 1

when considering the motion to dismiss.  Therefore, the Court **DENIES** Plaintiffs' motion.

On September 24, 2014, Plaintiffs filed a motion to vacate the judgment because the Court failed to allow them an opportunity to amend their complaint.  Dkt. 14.  "A pro se litigant must be given leave to amend his or her complaint unless it is 'absolutely clear that the deficiencies of the complaint could not be cured by amendment.'" *Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir. 1987).  The Court agrees that it is not absolutely clear that the identified deficiencies in Plaintiffs' complaint could not be cured by any amendment.  Therefore, the Court **GRANTS** Plaintiffs' motion to vacate the judgment.  Plaintiffs shall file an amended complaint no later than November 7, 2014.  Failure to file a complaint or show good cause why a complaint was not filed will result in **DISMISSAL** without further order of the Court.

With regard to Plaintiffs' motions to appeal *in forma pauperis*, the Court **DENIES** the motions as moot.

**IT IS SO ORDERED**.

Dated this 21st day of October, 2014.

BENJAMIN H. SETTLE  
United States District Judge

ORDER - 2